1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIZABETH A. EVANS, et al.,

Plaintiffs,

v.

PFIZER INC.,

Defendant.

CASE NO. C18-1008 MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha

J. Pechman, United States District Judge:

The Amended Complaint filed in the above-entitled matter lists 11 Plaintiffs, all of whom

are the Personal Representatives of the estates of decedents for whose deaths Plaintiffs wish to

hold Defendant liable. (Dkt. No. 4.) The Amended Complaint lists the residences of all the

Plaintiff/Personal Representatives (Id. at ¶¶ 1 – 11) and asserts diversity jurisdiction on that

basis.

The Plaintiffs are directed to 28 U.S.C. § 1332(c)(2):

**(c)** For the purposes of this section and section 1441 of this title [28 USCS § 1441]--

\* \* \*

**(2)** the legal representative of the estate of a decedent shall be deemed to be a citizen only of the same State as the decedent, and the legal representative of an infant or incompetent shall be deemed to be a citizen only of the same State as the infant or incompetent.

Therefore, for purposes of determining diversity jurisdiction, the residences of the Plaintiff/

Personal Representatives are irrelevant.

The parties have been ordered to appear before the Court for purposes of an FRCP 16

conference on **November 6, 2018**. Plaintiffs are ordered, by no later than three days prior to this

conference, to file with the Court an amended complaint which contains the residences of the

decedents and verifies the grounds for diversity jurisdiction on that basis.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 9, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk